**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO MORALES AGUILAR,<br><br>          Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | Case No. EDCV 14-0540 R (SS)<br><br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     **IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: JUNE 27, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE